UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIMBERLY WESTBROOK IRVIN

VERSUS

DEON CRUM, ET AL

CIVIL ACTION

NO. 15-350-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 29, 2015 (doc. no. 40) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the instant matter is REMANDED to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 25th day of January, 2016.

21st JDC

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE